```
 1  JIM D. SMITH
    ATTORNEY AT LAW
 2  221 S. Second Avenue
    Yuma, Arizona  85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5
 6
 7                  IN THE UNITED STATES BANKRUPTCY COURT
 8                      FOR THE DISTRICT OF ARIZONA
 9  In Re:                         )    CHAPTER 7 CASE
                                   )    Case No. 0:13-bk-05023-BMW
10  MARIA T. RICO,                 )
                                   )
11                Debtor.          )
    _____)
12  JIM D. SMITH, not individually )    Adv. No. 0:21-ap-00231-BMW
    but as Chapter 7 Bankruptcy    )
13  Trustee,                       )
                                   )
14             Plaintiff,          )
         vs.                       )
15                                 )    NOTICE OF DISMISSAL
    MARIA T. RICO nka MARIA T.     )
16  LOPEZ; and FIGURE LENDING, LLC,)
    a limited liability company,   )
17                                 )
                  Defendants.      )
18
         Pursuant to Bankruptcy Rule 7041, Plaintiff hereby dismisses
19
    this adversary proceeding.  It has been brought to the Trustee's
20
    attention that the post-petition transfer occurred slightly more
21
    than two (2) years before this action was filed. Bankruptcy Code
22
    Section 549(d)(1).
23
         DATED: September 9, 2021
24
25                                          /s/ Jim D. Smith
                                            Jim D. Smith
26                                          Attorney for Trustee
```