```
 1  JIM D. SMITH
    ATTORNEY AT LAW
 2  221 S. Second Avenue
    Yuma, Arizona  85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5

 6

 7

 8                IN THE UNITED STATES BANKRUPTCY COURT

 9                     FOR THE DISTRICT OF ARIZONA

10  In Re:                         )      CHAPTER 7 CASE
                                   ) Case No. 0:13-bk-05023-BMW
11  MARIA T. RICO,                 )
                                   )
12                Debtor.          )
                                   )
13  JIM D. SMITH, not individually ) Adv. No. 0:21-ap-00231-BMW
    but as Chapter 7 Bankruptcy    )
14  Trustee,                       )
                                   )
15                Plaintiff,       )
       vs.                         )
16                                 )     AFFIDAVIT OF SERVICE
    MARIA T. RICO nka MARIA T.     )
17  LOPEZ; and FIGURE LENDING, LLC,)
    a limited liability company,   )
18                                 )
                  Defendants.      )
19                                 )

20      I, JIM D. SMITH, DO HEREBY CERTIFY:

21      That I am the Attorney for the Chapter 7 Trustee in this Case.

22      That on September 9, 2021, I caused to be mailed by **First Class**

23  **Mail**, Postage Prepaid from Yuma, Arizona, a true and correct copy of

24  the following document:

25      NOTICE OF DISMISSAL

26
```

```
 1 | to:  Maria T. Rico
    |      1915 W. 18th Street
 2 |      Yuma, Arizona 85364
    |       Defendant
 3 |
    |      Maria T. Rico
 4 |      c/o Allen, Barnes & Jones, PLC
    |      1850 N. Central Ave., #1150
 5 |      Phoenix, Arizona 85004
    |       Defendant
 6 |
    |      Figure Lending, LLC
 7 |      237 Keamy Street, #170
    |      San Francisco, CA 94108
 8 |       Defendant
    |
 9 |      Figure Lending, LLC
    |      650 California Street, Ste. 2700
10 |      San Francisco, CA 94108
    |       Defendant
11 |
    |      Corporation Service Company Which Will
12 |       Do Business in California as CSC - Lawyers
    |       Incorporating Service
13 |      251 Little Falls Drive
    |      Wilmington, DE 19808
14 |       Figure Lending-Service of Process

15 |      DATED: September 9, 2021

16 |

17 |                                        /s/ Jim D. Smith
    |                                          Jim D. Smith
18 |
```